## MINUTE ENTRY

JOAN M. AZRACK, USMJ     DATE: 5/25/11

DOCKET: 11-CV-17 (DLI)   CASE: Lowenbein v. Firstsource Advantage

❏ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

❏ TELEPHONE         ☒ IN-PERSON

**CIVIL CAUSE FOR:**
☒ INITIAL CONF.   ❏ STATUS CONF.   ❏ SETTLEMENT CONF.   ❏ DISCOVERY CONF.
❏ OTHER: _____

Time in court: ☒ 15   ❏ 30   ❏ 45   ❏ 60   ❏ Other: _____

FOR PLAINTIFF: Adam Fishbein

FOR DEFENDANT: Jeffrey Imeri

❏ *Docket Clerks are directed to enter the following Discovery Order(s):*

Def to provide info to π - conf
6/23/11
2:00

❏ *Docket Clerks are directed to enter the following Scheduling Order(s):*
❏ Next conference on 6/23/11 2:00   ☒ Telephone   ❏ In-Person
❏ Pre-Trial Order by _____